# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VISTA PEAK VENTURES, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIV. A. NO.  2:20-CV-00092-JRG-RSP |
| | § | |
| NANJING CEC PANDA LCD | § | |
| TECHNOLOGY CO., LTD., ET AL. | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal (the "Stipulation") filed by Plaintiff Vista Peak Ventures, LLC ("Plaintiff") and Defendants Nanjing CEC Panda LCD Technology Co., Ltd., Nanjing China Electronics Panda Corporation,[1] Nanjing CEC Panda FPD Technology Co., Ltd.,[2] TPV Technology Limited, Top Victory International Limited, Top Victory Investments, Ltd., TPV Display Technology (Wuhan) Co., Ltd., TPV Display Technology (Beihai) Co., Ltd., and TPV Electronics (Fujian) Co., Ltd.[3] (collectively, "Defendants") (together with Plaintiff, the "Parties"). (Dkt. No. 39).

In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(ii), all pending claims and causes of action by and between Plaintiff and Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. All other pending requests for relief in the above-captioned case between Plaintiff and Defendants not explicitly granted herein are **DENIED AS MOOT**. It is **ORDERED** that each

---

[1] Incorrectly sued as Nanjing Electronics Information Industrial Corporation.
[2] Incorrectly sued as CEC Panda Flat Panel Display Technology Co., Ltd.
[3] Named defendant TPV Technology (Ningbo) Co., Ltd. no longer exists.

party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to

**CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 10th day of November, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE